# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Leonard R. Pohl  
      Dorothy I. Pohl  

            Debtor(s)

CHAPTER 13

BKY. NO. 20-70252 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of QUICKEN LOANS, INC and index same on the master mailing list.

Respectfully submitted,

**/s/James C. Warmbrodt, Esquire**  
James C. Warmbrodt, Esquire  
Attorney I.D. No. 42524  
KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
412-430-3594  
jwarmbrodt@kmllawgroup.com