# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
                                                    : Case No. 20-70252-JAD
**Leonard R. Pohl and**                             :
**Dorothy I. Pohl,**                                : Chapter 13
            **Debtors**                             :
                                                    :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 22nd day of November, 2021, a true and correct copy of the Order dated November 18, 2021, together with the above Wife-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

> ATLANTIC BROADBAND
> 2 BATTERY MARCH PARK, SUITE 205
> QUINCY, MA 02169
>
> LEONARD R. POHL
> DOROTHY I. POHL
> 258 SOUTHMONT BOULEVARD
> JOHNSTOWN, PA 15905

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>November 22, 2021</u>

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470