Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Leonard R Pohl**
**Dorothy I Pohl**
Debtor(s)

Bankruptcy Case No.: 20–70252–JAD

Chapter: 13
Docket No.: 50 – 49

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 26th of September, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 11/27/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **12/6/23 at 11:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **11/27/23.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70252-JAD |
| Leonard R Pohl | Chapter 13 |
| Dorothy I Pohl | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 28, 2023 | Form ID: 408 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Leonard R Pohl, Dorothy I Pohl, 258 Southmont Boulevard, Johnstown, PA 15905-2831 |
| 15243957 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Sep 29 2023 02:22:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 29 2023 01:11:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15243950 | + | Email/Text: backoffice@affirm.com | Sep 29 2023 01:14:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15243951 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 29 2023 01:10:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15263802 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 29 2023 01:12:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15243952 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 01:27:09 | Capital One - WalMart, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 15251778 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 01:27:26 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15243953 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 01:10:20 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15243954 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2023 01:29:25 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15243955 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2023 01:12:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 15246375 | | Email/Text: mrdiscen@discover.com | Sep 29 2023 01:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15243956 | + | Email/Text: mrdiscen@discover.com | Sep 29 2023 01:11:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15269229 | ^ | MEBN | Sep 29 2023 01:00:43 | HSBC Bank USA, N. A., 2929 Walden Ave C9, Attn:Business Services, Depew, NY 14043-2690 |
| 15243958 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Sep 29 2023 01:10:00 | Hsbc Bank, Po Box 2013, Buffalo, NY 14240-2013 |

Case 20-70252-JAD  Doc 52  Filed 09/30/23  Entered 10/01/23 00:29:52  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: 408 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15243959 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 29 2023 01:10:14 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15250814 | + | Email/Text: RASEBN@raslg.com | Sep 29 2023 01:11:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15265166 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 29 2023 01:11:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15268438 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2023 01:27:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15270596 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2023 01:09:15 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15243960 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 29 2023 01:14:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15256884 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 29 2023 01:14:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15243961 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 01:10:10 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15243962 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 01:26:37 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15244679 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 01:48:18 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15261363 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 29 2023 01:13:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 15243963 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 29 2023 01:13:00 | Us Bank, Cb Disputes, Saint Louis, MO 63166 |
| 15243964 | + | Email/Text: bkelectronicnotices@usaa.com | Sep 29 2023 01:10:00 | Usaa Savings Bank, 10750 Mcdermott, San Antonio, TX 78288-1600 |
| 15266908 | | Email/PDF: ebn_ais@aisinfo.com | Sep 29 2023 01:27:43 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | QUICKEN LOANS, INC |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 30, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor QUICKEN LOANS INC bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Leonard R Pohl thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Dorothy I Pohl thedebterasers@aol.com |
| Maria Miksich | on behalf of Creditor QUICKEN LOANS INC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 8