**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

LEONARD R POHL
DOROTHY I POHL
   Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
   Movant
  vs.
No Respondents.

Case No.:20-70252 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

 **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 26, 2023

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

 1.  The case was filed on 05/20/2020  and confirmed on 6/29/20 .  The case was subsequently
Completed After Confirmation

 2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 41,972.52 |
| Less Refunds to Debtor | 1,431.15 | |
| TOTAL AMOUNT OF PLAN FUND | | 40,541.37 |

Administrative Fees
| | | |
|---|---|---|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,500.00 | |
| Trustee Fee | 2,043.01 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,543.01 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| QUICKEN LOANS LLC FKA QUICKEN LOAN | 0.00 | 24,129.44 | 0.00 | 24,129.44 |
| Acct: 2677 | | | | |
| | | | | 24,129.44 |
| **Priority** | | | | |
| KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LEONARD R POHL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LEONARD R POHL | 1,431.15 | 1,431.15 | 0.00 | 0.00 |
| Acct: | | | | |
| KENNETH P SEITZ ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| AFFIRM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: FBUS | | | | |
| BANK OF AMERICA NA** | 22,406.35 | 2,783.93 | 0.00 | 2,783.93 |
| Acct: 5509 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2857 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5497 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 1,184.18 | 147.13 | 0.00 | 147.13 |
| Acct: 2690 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 10,918.35 | 1,356.57 | 0.00 | 1,356.57 |
| Acct: 7102 | | | | |
| LVNV FUNDING LLC | 10,399.47 | 1,292.10 | 0.00 | 1,292.10 |
| Acct: 8428 | | | | |
| LVNV FUNDING LLC | 5,891.27 | 731.97 | 0.00 | 731.97 |
| Acct: 3374 | | | | |
| CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1877 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |

20-70252 JAD

Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 0095 | | | | |
| DISCOVER BANK(*) | 12,241.20 | 1,520.94 | 0.00 | 1,520.94 |
| Acct: 2368 | | | | |
| DISCOVER BANK(*) | 7,580.20 | 941.82 | 0.00 | 941.82 |
| Acct: 3389 | | | | |
| FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0002 | | | | |
| HSBC BANK USA NA | 2,970.81 | 369.11 | 0.00 | 369.11 |
| Acct: 1926 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CHA | 4,285.98 | 532.52 | 0.00 | 532.52 |
| Acct: 3061 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CHA | 3,522.83 | 437.70 | 0.00 | 437.70 |
| Acct: 6043 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,761.56 | 218.87 | 0.00 | 218.87 |
| Acct: 8656 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,166.56 | 144.95 | 0.00 | 144.95 |
| Acct: 5724 | | | | |
| US BANK NA** | 2,880.85 | 357.94 | 0.00 | 357.94 |
| Acct: 3436 | | | | |
| USAA FEDERAL SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5862 | | | | |
| USAA FEDERAL SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3950 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 268.56 | 33.37 | 0.00 | 33.37 |
| Acct: 0001 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8656 | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 10,868.92 |

TOTAL PAID TO CREDITORS                                                                34,998.36

TOTAL CLAIMED
PRIORITY             0.00
SECURED              0.00
UNSECURED        87,478.17

Date: 09/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

### IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    LEONARD R POHL
    DOROTHY I POHL
         Debtor(s)

    Ronda J. Winnecour
         Movant
       vs.
    No Repondents.

Case No.:20-70252 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 20-70252-JAD |
|---|---|
| Leonard R Pohl | Chapter 13 |
| Dorothy I Pohl | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: pdf900 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Leonard R Pohl, Dorothy I Pohl, 258 Southmont Boulevard, Johnstown, PA 15905-2831 |
| 15243957 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Sep 29 2023 01:48:22 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 29 2023 01:11:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15243950 | + | Email/Text: backoffice@affirm.com | Sep 29 2023 01:14:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15243951 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 29 2023 01:10:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15263802 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 29 2023 01:12:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15243952 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 01:26:05 | Capital One - WalMart, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 15251778 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 02:53:57 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15243953 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2023 01:48:06 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15243954 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2023 01:28:29 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15243955 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2023 01:12:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 15246375 | | Email/Text: mrdiscen@discover.com | Sep 29 2023 01:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15243956 | + | Email/Text: mrdiscen@discover.com | Sep 29 2023 01:11:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15269229 | ^ | MEBN | Sep 29 2023 01:00:43 | HSBC Bank USA, N. A., 2929 Walden Ave C9, Attn:Business Services, Depew, NY 14043-2690 |
| 15243958 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Sep 29 2023 01:10:00 | Hsbc Bank, Po Box 2013, Buffalo, NY 14240-2013 |

| 15243959 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 29 2023 01:29:12 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
|---|---|---|---|---|
| 15250814 | + | Email/Text: RASEBN@raslg.com | Sep 29 2023 01:11:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15265166 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 29 2023 01:11:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15268438 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2023 01:29:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15270596 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2023 01:26:42 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15243960 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 29 2023 01:14:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15256884 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 29 2023 01:14:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15243961 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 02:00:56 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15243962 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 01:08:43 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15244679 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 01:48:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15261363 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 29 2023 01:13:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 15243963 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 29 2023 01:13:00 | Us Bank, Cb Disputes, Saint Louis, MO 63166 |
| 15243964 | + | Email/Text: bkelectronicnotices@usaa.com | Sep 29 2023 01:10:00 | Usaa Savings Bank, 10750 Mcdermott, San Antonio, TX 78288-1600 |
| 15266908 | | Email/PDF: ebn_ais@aisinfo.com | Sep 29 2023 01:29:58 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | QUICKEN LOANS, INC |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0315-7                    User: auto                                     Page 3 of 3
Date Rcvd: Sep 28, 2023               Form ID: pdf900                           Total Noticed: 30

Date: Sep 30, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor QUICKEN LOANS  INC bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Leonard R Pohl thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Dorothy I Pohl thedebterasers@aol.com |
| Maria Miksich | on behalf of Creditor QUICKEN LOANS  INC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 8