# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE:<br>LEONARD R POHL<br>DOROTHY I POHL<br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:20-70252 JAD<br><br>Chapter 13<br><br>Related to ECF No. 49<br><br>**DEFAULT O/E JAD** |

## ORDER OF COURT

AND NOW, this  28th  day of  November,  2023,  upon consideration of the  **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
11/28/23 11:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER          jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 20-70252-JAD |
|---|---|
| Leonard R Pohl | Chapter 13 |
| Dorothy I Pohl | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 28, 2023 | Form ID: pdf900 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Leonard R Pohl, Dorothy I Pohl, 258 Southmont Boulevard, Johnstown, PA 15905-2831 |
| 15243957 | + Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: rmscedi@recoverycorp.com | Nov 29 2023 01:36:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + Email/Text: ebnpeoples@grblaw.com | Nov 29 2023 00:35:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15243950 | + Email/Text: backoffice@affirm.com | Nov 29 2023 00:38:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15243951 | + Email/Text: creditcardbkcorrespondence@bofa.com | Nov 29 2023 00:34:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15263802 | + Email/Text: mortgagebkcorrespondence@bofa.com | Nov 29 2023 00:36:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15243952 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 29 2023 00:49:06 | Capital One - WalMart, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 15251778 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 29 2023 00:59:30 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15243953 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 29 2023 00:48:31 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15243954 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2023 00:48:21 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15243955 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 29 2023 00:37:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 15246375 | Email/Text: mrdiscen@discover.com | Nov 29 2023 00:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15243956 | + Email/Text: mrdiscen@discover.com | Nov 29 2023 00:35:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15269229 | ^ MEBN | Nov 29 2023 00:24:01 | HSBC Bank USA, N. A., 2929 Walden Ave C9, Attn:Business Services, Depew, NY 14043-2690 |
| 15243958 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Nov 29 2023 00:35:00 | Hsbc Bank, Po Box 2013, Buffalo, NY 14240-2013 |

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 28, 2023 | Form ID: pdf900 | Total Noticed: 30 |

| | | | |
|---|---|---|---|
| 15243959 | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 29 2023 00:48:50 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15250814 | + Email/Text: RASEBN@raslg.com | Nov 29 2023 00:35:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15265166 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 29 2023 00:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15268438 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2023 00:48:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15270596 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 29 2023 00:49:06 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15243960 | + Email/Text: bankruptcyteam@quickenloans.com | Nov 29 2023 00:38:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15256884 | + Email/Text: bankruptcyteam@quickenloans.com | Nov 29 2023 00:38:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15243961 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:48:30 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15243962 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:59:19 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15244679 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:48:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15261363 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 29 2023 00:38:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 15243963 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 29 2023 00:38:00 | Us Bank, Cb Disputes, Saint Louis, MO 63166 |
| 15243964 | + Email/Text: bkelectronicnotices@usaa.com | Nov 29 2023 00:35:00 | Usaa Savings Bank, 10750 Mcdermott, San Antonio, TX 78288-1600 |
| 15266908 | Email/PDF: ebn_ais@aisinfo.com | Nov 29 2023 01:36:27 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | QUICKEN LOANS, INC |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 3 of 3 |
| Date Rcvd: Nov 28, 2023 | Form ID: pdf900 | Total Noticed: 30 |

Date: Nov 30, 2023                     Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor QUICKEN LOANS  INC bnicholas@kmllawgroup.com |
| Denise Carlon | |
| | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Kenneth P. Seitz | |
| | on behalf of Debtor Leonard R Pohl thedebterasers@aol.com |
| Kenneth P. Seitz | |
| | on behalf of Joint Debtor Dorothy I Pohl thedebterasers@aol.com |
| Maria Miksich | |
| | on behalf of Creditor QUICKEN LOANS  INC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 9